**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____     Chapter **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Brothers Grimm Inc** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2096073** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6180 Birch Lane**<br>**Nampa, ID 83687**<br>Number, Street, City, State & ZIP Code | **PO BOX 3125**<br>**Nampa, ID 83687**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Canyon**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **https://brothersgrimm.us**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Brothers Grimm Inc**                                    Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

| Debtor | **Brothers Grimm Inc** | | Case number (*if known*) | |
| | Name | | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| District | | Case number, if known | |
| | When | | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency
         Contact name
         Phone

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor    **Brothers Grimm Inc**                                          Case number (*if known*)
      Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Brothers Grimm Inc**
Name

| | Case number (*if known*) |

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  9, 2024**
MM / DD / YYYY

**X /s/ Brad Grimm**                                          **Brad Grimm**
Signature of authorized representative of debtor              Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ D. Blair Clark**                          Date  **February  9, 2024**
Signature of attorney for debtor                        MM / DD / YYYY

**D. Blair Clark 1367**
Printed name

**Law Office of D. Blair Clark, PC**
Firm name

**967 E. Parkcenter Blvd., #282**
**Boise, ID 83706**
Number, Street, City, State & ZIP Code

Contact phone  **(208) 475-2050**        Email address    **dbc@dbclarklaw.com**

**1367 ID**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Brothers Grimm Inc**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**February 9, 2024**__     X *Isl* **Brad Grimm**
                                        Signature of individual signing on behalf of debtor

                                        **Brad Grimm**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202         **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Brothers Grimm Inc** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P.O. Box 0001 Los Angeles, CA 90096-0001** | | **Business Expense** | | | | **$65,007.32** |
| **American Express P.O. Box 0001 Los Angeles, CA 90096-0001** | | **Business Expense** | | | | **$42,699.78** |
| **American Express PO Box 53852 Phoenix, AZ 85072** | | **Business Expense** | | | | **$24,517.76** |
| **Financial Pacific Leasing 3455 S. 344th Way Suite 300 Auburn, WA 98001-9546** | | **Semi Trailer** | | **$86,355.72** | **$0.00** | **$86,355.72** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2023 Kenworth T680 Sleeper Tractor** | | **$144,020.00** | **$0.00** | **$144,020.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2023 Kenworth T680 Sleeper Tractor. This vehicle is leased with zero cash value to debtor** | | **$140,230.00** | **$0.00** | **$140,230.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2020 Kenworth T680 Tractor. Vehicle is leased with zero cash value to debtor** | | **$139,860.00** | **$0.00** | **$139,860.00** |

Debtor  **Brothers Grimm Inc**
_____
Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2023 Kenworth T680 Sleeper Tractor.  This vehicle is leased with zero cash value to debtor** | | **$132,300.00** | **$0.00** | **$132,300.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **5 - 2022 Kenworth T680 Tractors. These vehicles are leased with zero cash value to debtor** | | **$867,000.00** | **$0.00** | **$867,000.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2 - 2021 Kenworth T680 Tractors. Vehicles are leased with zero cash value to debtor** | | **$321,504.00** | **$0.00** | **$321,504.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2 - 2023 Kenworth T680 Sleeper Tractors.  These vehicles are leased with zero cash value to debtor** | | **$278,260.00** | **$0.00** | **$278,260.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2023 Kenworth T680 Sleeper Tractor.  Vehicle is leased with zero cash value to debtor** | | **$222,720.00** | **$0.00** | **$222,720.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2023 Kenworth T680 Sleeper Tractor.  Vehicle is leased.  Zero cash value to debtor** | | **$222,720.00** | **$0.00** | **$222,720.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2023 Kenworth T880 Sleeper Tractor.  Vehicle is leased with zero cash value to debtor** | | **$180,231.44** | **$0.00** | **$180,231.44** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2021 Kenworth T680 Tractor. Vehicle is leased with zero cash value to debtor** | | **$160,752.00** | **$0.00** | **$160,752.00** |

| Debtor | **Brothers Grimm Inc** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2021 Kenworth T680 Tractor. Vehicle is leased with zero cash value to debtor** | | **$160,752.00** | **$0.00** | **$160,752.00** |
| **Kenworth Sales Company PacLease PO Box 1518 Bellevue, WA 98009** | | **2021 Kenworth T680 Tractor. Vehicle is leased with zero cash value to debtor** | | **$160,752.00** | **$0.00** | **$160,752.00** |
| **North Mill Credit Trust c/o Lien Solutions PO Box 29071 Glendale, CA 91209** | | **2022 Utility Trailer Mfg trailer** | | **$60,000.00** | **$45,000.00** | **$15,000.00** |
| **North Mill Credit Trust c/o Lien Solutions PO Box 29071 Glendale, CA 91209** | | **2022 Utility Trailer Mfg trailer** | | **$60,000.00** | **$45,000.00** | **$15,000.00** |
| **SBA CESC - Covid EIDL Servic 14925 Kingsport Road Fort Worth, TX 76155** | | **Business Expense** | | | | **$500,000.00** |

**Fill in this information to identify the case:**

Debtor name   **Brothers Grimm Inc**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................. $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................................. $     **254,130.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................ $     **254,130.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $    **3,337,457.16**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **5,611.16**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     **634,068.21**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b

$    **3,977,136.53**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **Brothers Grimm Inc**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | 3665 | **$20,000.00** |
| 3.2. | **Crypto account in 'wallet', est current value** | **Savings** | | **$30,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                          **$50,000.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security Deposit with landlord** | **$2,000.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Brothers Grimm Inc**                                          Case number *(If known)* _____
_____
Name

Description, including name of holder of prepayment

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | **$2,000.00** |

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **103,500.00**    -    **0.00**  = ....    **$103,500.00**
                             face amount            doubtful or uncollectible accounts

---

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    | **$103,500.00** |

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Brothers Grimm Inc**                    Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| 42.1. | **Office Equipment including:**<br>**3 Computers - $2000**<br>**3 Chairs - $180**<br>**3 Desks - $450**<br>**2 File Cabinets  - $80** | $0.00 | $2,630.00 |

43. **Total of Part 7.**                                                     $2,630.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2023 Kenworth T680 Sleeper Tractor. Vehicle is leased.  Zero cash value to debtor** | $197,692.00 | Recent cost | $0.00 |
| 47.2. **5 - 2022 Kenworth T680 Tractors.  These vehicles are leased with zero cash value to debtor** | $808,337.00 | Recent cost | $0.00 |
| 47.3. **2 - 2023 Kenworth T680 Sleeper Tractors.  These vehicles are leased with zero cash value to debtor** | $309,434.00 | Recent cost | $0.00 |
| 47.4. **2023 Kenworth T680 Sleeper Tractor** | $150,498.00 | Recent cost | $0.00 |
| 47.5. **2023 Kenworth T680 Sleeper Tractor. This vehicle is leased with zero cash value to debtor** | $142,287.00 | Recent cost | $0.00 |
| 47.6. **2023 Kenworth T680 Sleeper Tractor. This vehicle is leased with zero cash value to debtor** | $147,660.00 | Recent cost | $0.00 |
| 47.7. **2 - 2021 Kenworth T680 Tractors. Vehicles are leased with zero cash value to debtor** | $309,974.00 | Recent cost | $0.00 |

Debtor    **Brothers Grimm Inc**                                    Case number *(If known)*  _____
          <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| 47.8. | **2023 Kenworth T880 Sleeper Tractor. Vehicle is leased with zero cash value to debtor** | **$180,231.00** | **Recent cost** | **$0.00** |
| 47.9. | **2023 Kenworth T680 Sleeper Tractor. Vehicle is leased with zero cash value to debtor** | **$197,692.00** | **Recent cost** | **$0.00** |
| 47.10. | **2021 Kenworth T680 Tractor.  Vehicle is leased with zero cash value to debtor** | **$154,049.00** | **Recent cost** | **$0.00** |
| 47.11. | **2021 Kenworth T680 Tractor.  Vehicle is leased with zero cash value to debtor** | **$155,636.00** | **Recent cost** | **$0.00** |
| 47.12. | **2021 Kenworth T680 Tractor.  Vehicle is leased with zero cash value to debtor** | **$156,894.00** | **Recent cost** | **$0.00** |
| 47.13. | **2020 Kenworth T680 Tractor.  Vehicle is leased with zero cash value to debtor** | **$157,514.00** | **Recent cost** | **$0.00** |
| 47.14. | **2021 Utility Trailer Mfg trailer** | **$0.00** | | **Unknown** |
| 47.15. | **2023 Volvo truck-tractor leased from Penske** | **$0.00** | | **Unknown** |
| 47.16. | **2007 BMW X3** | **$0.00** | **Comparable sale** | **$6,000.00** |
| 47.17. | **2019 Hyundai Translead Trailer** | **$0.00** | | **Unknown** |
| 47.18. | **2023 Uility Trailer Mfg trailer** | **$0.00** | | **Unknown** |
| 47.19. | **2023 Utility Trailer Mfg trailer** | **$0.00** | | **Unknown** |
| 47.20. | **2022 Utility Trailer Mfg trailer** | **$0.00** | | **$45,000.00** |
| 47.21. | **2022 Utility Trailer Mfg trailer** | **$0.00** | | **$45,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**

Debtor   **Brothers Grimm Inc**                                    Case number *(If known)* _____
         Name

**machinery and equipment)**

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $96,000.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor   **Brothers Grimm Inc**                                     Case number *(If known)* _____
         Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------:|-------------------------------:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $50,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $103,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,630.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $96,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $254,130.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $254,130.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Brothers Grimm Inc**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Exertion 221 Trust**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| **9300 Metcalf Avenue**<br>**Overland Park, KS 66212**<br>Creditor's mailing address | Describe the lien<br>**UCC Lien** | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**2021**<br>Last 4 digits of account number | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Financial Pacific Leasing**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Semi Trailer** | $86,355.72 | $0.00 |
| **3455 S. 344th Way**<br>**Suite 300**<br>**Auburn, WA 98001-9546**<br>Creditor's mailing address | Describe the lien<br>**Business Loan** | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**2022-2023**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor  **Brothers Grimm Inc**
_____
Name

Case number (if known) _____

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

---

| 2.3 | **First Corporate Solutions** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**914 S Street**
**Sacramento, CA 95811**
Creditor's mailing address

Describe the lien
**UCC Lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check that all apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Kenworth Sales Company** | Describe debtor's property that is subject to a lien | **$222,720.00** | **$0.00** |

Creditor's Name

**PacLease**
**PO Box 1518**
**Bellevue, WA 98009**
Creditor's mailing address

**2023 Kenworth T680 Sleeper Tractor. Vehicle
is leased. Zero cash value to debtor**

Describe the lien
**Vehicle Lease**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June 2022**
**Last 4 digits of account number**
**0223**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Kenworth Sales Company** | Describe debtor's property that is subject to a lien | **$867,000.00** | **$0.00** |

Creditor's Name

**PacLease**
**PO Box 1518**
**Bellevue, WA 98009**
Creditor's mailing address

**5 - 2022 Kenworth T680 Tractors. These
vehicles are leased with zero cash value to
debtor**

Describe the lien
**Commercial Vehicle Lease**
_____

**Is the creditor an insider or related party?**
■ No

---

Debtor **Brothers Grimm Inc**                                    Case number *(if known)* _____
        Name

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**April 2021**                          ☐ No
**Last 4 digits of account number**     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**0211**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
☐ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.6 | **Kenworth Sales Company** | **Describe debtor's property that is subject to a lien** | $278,260.00 | $0.00 |

Creditor's Name

**PacLease**
**PO Box 1518**
**Bellevue, WA 98009**
Creditor's mailing address

**2 - 2023 Kenworth T680 Sleeper Tractors.**
**These vehicles are leased with zero cash**
**value to debtor**

**Describe the lien**
**Commercial Vehicle Lease**
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November 2022**
**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
☐ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.7 | **Kenworth Sales Company** | **Describe debtor's property that is subject to a lien** | $144,020.00 | $0.00 |

Creditor's Name

**PacLease**
**PO Box 1518**
**Bellevue, WA 98009**
Creditor's mailing address

**2023 Kenworth T680 Sleeper Tractor**

**Describe the lien**
**Commercial Vehicle Lease**
**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**October 2022**
**Last 4 digits of account number**

**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**      Check all that apply
☐ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.8 | **Kenworth Sales Company** | **Describe debtor's property that is subject to a lien** | $132,300.00 | $0.00 |

---

Debtor    **Brothers Grimm Inc**                                    Case number (if known) _____
         Name

| Creditor's Name | |
|---|---|
| **PacLease** | **2023 Kenworth T680 Sleeper Tractor. This vehicle is leased with zero cash value to debtor** |
| **PO Box 1518** | |
| **Bellevue, WA 98009** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | **Commercial Vehicle Lease** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **November 2022** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Kenworth Sales Company** | **Describe debtor's property that is subject to a lien** | $140,230.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Kenworth T680 Sleeper Tractor. This vehicle is leased with zero cash value to debtor** | | |
| | **PacLease** | | | |
| | **PO Box 1518** | | | |
| | **Bellevue, WA 98009** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Commercial Vehicle Lease** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **November 2022** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.10 | **Kenworth Sales Company** | **Describe debtor's property that is subject to a lien** | $321,504.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2 - 2021 Kenworth T680 Tractors. Vehicles are leased with zero cash value to debtor** | | |
| | **PacLease** | | | |
| | **PO Box 1518** | | | |
| | **Bellevue, WA 98009** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Commercial Vehicle Lease** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **October 2020** | | | |
| | **Last 4 digits of account number** | | | |
| | **0204** | | | |

Debtor **Brothers Grimm Inc** _____    Case number (*if known*) _____

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Kenworth Sales Company** | Describe debtor's property that is subject to a lien | **$180,231.44** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PacLease
PO Box 1518
Bellevue, WA 98009**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Kenworth T880 Sleeper Tractor.  Vehicle is leased with zero cash value to debtor**

**Describe the lien**
**Commercial Vehicle Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June 2022**

**Last 4 digits of account number**
**0222;5948**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Kenworth Sales Company** | Describe debtor's property that is subject to a lien | **$222,720.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PacLease
PO Box 1518
Bellevue, WA 98009**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Kenworth T680 Sleeper Tractor.  Vehicle is leased with zero cash value to debtor**

**Describe the lien**
**Commercial Vehicle Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June 2022**

**Last 4 digits of account number**
**0223**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Kenworth Sales Company** | Describe debtor's property that is subject to a lien | **$160,752.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PacLease
PO Box 1518
Bellevue, WA 98009**

**Describe debtor's property that is subject to a lien**
**2021 Kenworth T680 Tractor.  Vehicle is leased with zero cash value to debtor**

---

Debtor    **Brothers Grimm Inc**                                                    Case number (if known) _____
_____
Name

Creditor's mailing address
_____

_____

Creditor's email address, if known

**Date debt was incurred**
**August 2020**
**Last 4 digits of account number**
**0203;5881**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe the lien**
**Commercial Vehicle Lease**
_____
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Kenworth Sales Company** | **Describe debtor's property that is subject to a lien** | $160,752.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**PacLease**
**PO Box 1518**
**Bellevue, WA 98009**
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
**August 2020**
**Last 4 digits of account number**
**0202;5880**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**2021 Kenworth T680 Tractor.  Vehicle is leased with zero cash value to debtor**

**Describe the lien**
**Commercial Vehicle Lease**
_____
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Kenworth Sales Company** | **Describe debtor's property that is subject to a lien** | $160,752.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**PacLease**
**PO Box 1518**
**Bellevue, WA 98009**
Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
**May 2020**
**Last 4 digits of account number**
**0201;5873**
**Do multiple creditors have an interest in the same property?**

**2021 Kenworth T680 Tractor.  Vehicle is leased with zero cash value to debtor**

**Describe the lien**
**Commercial Vehicle Lease**
_____
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Brothers Grimm Inc**                                        Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Kenworth Sales Company** | Describe debtor's property that is subject to a lien | $139,860.00 | $0.00 |

Creditor's Name

**PacLease**
**PO Box 1518**
**Bellevue, WA 98009**
Creditor's mailing address

**2020 Kenworth T680 Tractor.  Vehicle is leased with zero cash value to debtor**

Describe the lien
**Commercial Vehicle Lease**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 2019**
**Last 4 digits of account number**
**0191;5837**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **North Mill Credit Trust** | Describe debtor's property that is subject to a lien | $60,000.00 | $45,000.00 |

Creditor's Name

**c/o Lien Solutions**
**PO Box 29071**
**Glendale, CA 91209**
Creditor's mailing address

**2022 Utility Trailer Mfg trailer**

Describe the lien
**Commercial Vehicle Loan**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2021**
**Last 4 digits of account number**
**3781**
Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **North Mill Credit Trust** | Describe debtor's property that is subject to a lien | $60,000.00 | $45,000.00 |

Creditor's Name

**c/o Lien Solutions**
**PO Box 29071**
**Glendale, CA 91209**
Creditor's mailing address

**2022 Utility Trailer Mfg trailer**

Describe the lien

---

| Debtor | **Brothers Grimm Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2021**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3781**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,337,457.16** |
|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wolters Kluwer Lien Solution**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.1** | |

---

**Fill in this information to identify the case:**

Debtor name    **Brothers Grimm Inc**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,611.16** | **$5,611.16** |
|---|---|---|---|---|

**Idaho State Tax Commission**
**P.O. Box 36**
**800 Park Blvd**
**Boise, ID 83722**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023 -2024 YTD**

Basis for the claim:
**Business Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2023 - 2024 YTD**

Basis for the claim:
**Business Expense - income**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Brothers Grimm Inc** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,699.78**

**American Express**
P.O. Box 0001
Los Angeles, CA 90096-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

**Basis for the claim:**  **Business Expense**

Last 4 digits of account number  **4005**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,064.43**

**American Express**
PO Box 53852
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

**Basis for the claim:**  **Business Expense**

Last 4 digits of account number  **1006**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$778.92**

**American Express**
PO Box 53852
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

**Basis for the claim:**  **Business Expense**

Last 4 digits of account number  **1009**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,007.32**

**American Express**
P.O. Box 0001
Los Angeles, CA 90096-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

**Basis for the claim:**  **Business Expense**

Last 4 digits of account number  **2007**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,517.76**

**American Express**
PO Box 53852
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2023**

**Basis for the claim:**  **Business Expense**

Last 4 digits of account number  **9980**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Credibly of Arizona LLC**
25200 Telegraph Road
Suite 350
Southfield, MI 48033

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **UCC Lien that debtor paid off but creditor has not released**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00**

**SBA CESC - Covid EIDL Servic**
14925 Kingsport Road
Fort Worth, TX 76155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021-2023**

**Basis for the claim:**  **Business Expense**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

---

| Debtor | **Brothers Grimm Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SBA**<br>**10737 Gateway West #300**<br>**El Paso, TX 79935** | Line  __3.7__<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Wolters Kluwer Lien Solution**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  __3.6__<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  5,611.16 |
| 5b. Total claims from Part 2 | 5b.  + $ | 634,068.21 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 639,679.37 |

| Fill in this information to identify the case: |
|---|

Debtor name        **Brothers Grimm Inc**

United States Bankruptcy Court for the:        DISTRICT OF IDAHO

Case number (if known)        _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest        **Lease for current business location** | |
| State the term remaining        **month to month** | **McQueen Historic Properties**<br>**PO Box 1365**<br>**Silverton, OR 97381** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name      **Brothers Grimm Inc**

United States Bankruptcy Court for the:      DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
 amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Brad Grimm** | **PO BOX 3125**<br>**Nampa, ID 83687** | **Most creditors** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Brad Grimm** | **PO BOX 3125**<br>**Nampa, ID 83687** | **McQueen Historic Properties** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Brothers Grimm Inc**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $494,251.25 |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | $4,947,809.58 |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $5,674,493.34 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Debtor    **Brothers Grimm Inc**                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Financial Pacific Leasing**<br>**3455 S. 344th Way**<br>**Suite 300**<br>**Auburn, WA 98001-9546** | **Last 90 days** | **$4,797.54** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Kenworth Sales Company**<br>**PacLease**<br>**PO Box 1518**<br>**Bellevue, WA 98009** | **Last 90 days** | **$406,868.80** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096-0001** | **Last 90 days** | **$27,637.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Cards** |
| 3.4.  **North Mill Credit Trust**<br>**c/o Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209** | **Last 90 days** | **$10,302.96** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **McQueen Historic Properties**<br>**PO Box 1365**<br>**Silverton, OR 97381** | **Each month -<br>$900** | **$2,700.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent for office location** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Debtor | **Brothers Grimm Inc** | Case number *(if known)* | |
|---|---|---|---|

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Kenworth Sales Company PacLease** PO Box 1518 Bellevue, WA 98009 | **4 - 2023 Kenworth T680 Sleeper Tractor units as follows:** **Unit 565-882 Unit 565-914 Unit 565-928 Unit 565-972** | **January - February 2024** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

Debtor    **Brothers Grimm Inc**                                    Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of D. Blair Clark, PC 967 E. Parkcenter Blvd., #282 Boise, ID 83706** | **Attorney Fees of which all prepetition fees and filing fees have been deducted. Remainder held in attorney trust** | **April 2023** | **$10,000.00** |
| | Email or website address **dbc@dbclarklaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | Brothers Grimm Inc | Case number *(if known)* | |
|---|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | Brothers Grimm Inc | Case number *(if known)* |
|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1. | **Corporate Capital Inc
7848 WEST SAHARA AVE
Las Vegas, NV 89117** | **Each year for taxes
until October 2023** |
| 26a.2. | **Brad Grimm
PO BOX 3125
Nampa, ID 83687** | **Daily Bookkeeping** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Brothers Grimm Inc**                                          Case number *(if known)* _____

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Brad Grimm**<br>**PO BOX 3125**<br>**Nampa, ID 83687** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brad Grimm** | **PO BOX 3125**<br>**Nampa, ID 83687** | **President** | **100% ownership** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Debtor    **Brothers Grimm Inc**                                              Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  9, 2024**

**/s/ Brad Grimm**                                              **Brad Grimm**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **8**

# United States Bankruptcy Court
## District of Idaho

In re  **Brothers Grimm Inc**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Brad Grimm**<br>**PO BOX 3125**<br>**Nampa, ID 83687** | | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February  9, 2024**

Signature  **/s/ Brad Grimm**
**Brad Grimm**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Idaho**

In re    **Brothers Grimm Inc**

_____    Case No. _____
                                    Debtor(s)        Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February  9, 2024**                **/s/ Brad Grimm**
_____        _____
                                    **Brad Grimm/President**
                                    Signer/Title

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001


American Express
PO Box 53852
Phoenix, AZ 85072


Brad Grimm
PO BOX 3125
Nampa, ID 83687


Credibly of Arizona LLC
25200 Telegraph Road
Suite 350
Southfield, MI 48033


Exertion 221 Trust
9300 Metcalf Avenue
Overland Park, KS 66212


Financial Pacific Leasing
3455 S. 344th Way
Suite 300
Auburn, WA 98001-9546


First Corporate Solutions
914 S Street
Sacramento, CA 95811


Idaho State Tax Commission
P.O. Box 36
800 Park Blvd
Boise, ID 83722


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19114

Kenworth Sales Company
PacLease
PO Box 1518
Bellevue, WA 98009


McQueen Historic Properties
PO Box 1365
Silverton, OR 97381


North Mill Credit Trust
c/o Lien Solutions
PO Box 29071
Glendale, CA 91209


SBA
10737 Gateway West #300
El Paso, TX 79935


SBA CESC - Covid EIDL Servic
14925 Kingsport Road
Fort Worth, TX 76155


Wolters Kluwer Lien Solution
PO Box 29071
Glendale, CA 91209-9071

# United States Bankruptcy Court
## District of Idaho

In re   **Brothers Grimm Inc**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Brothers Grimm Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  9, 2024**

Date

**/s/ D. Blair Clark**

**D. Blair Clark 1367**

Signature of Attorney or Litigant

Counsel for   **Brothers Grimm Inc**

**Law Office of D. Blair Clark, PC**
**967 E. Parkcenter Blvd., #282**
**Boise, ID 83706**
**(208) 475-2050 Fax:(208) 475-2055**
**dbc@dbclarklaw.com**